| | |
|---|---|
| 1 | |
| 2 | JOHN L. BURRIS, Esq. SBN 69888<br>DEWITT M. LACY, Esq. SBN 258789 |
| 3 | **THE LAW OFFICES OF JOHN L. BURRIS**<br>7677 Oakport Street, Suite 1120 |
| 4 | Oakland, California 94621<br>Telephone:     (510) 839-5200 |
| 5 | Fax:              (510)839-3882 |
| 6 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC NICHOLS, an individual; SARA FOLEY, an individual, | Case No.  C-12-04851 DMR |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| CITY OF VALLEJO a municipal corporation; WAYNE TUCKER in his official capacity as CHIEF JOSEPH KREINS for the CITY OF VALLEJO; OFFICER fnu CLARK, individually and in his official capacity as a police officer for the CITY OF VALLEJO; OFFICER fnu JOSEPH, individually and in his official capacity as a police officer for the CITY OF VALLEJO; OFFICER fnu TAI, individually and in his capacity as a police officer for the CITY OF VALLEJO; OFFICER fnu GREENBERG, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-10, inclusive; individually and in their official capacities as police officers for the CITY OF VALLEJO, | |
| Defendant(s). | |

1    THIS IS A NOTICE TO THE COURT THAT Plaintiffs, ERIC NICHOLS and SARA
2 FOLEY, along with their counsel, in accord, ask the Court to grant a voluntary dismissal of this
3 action without prejudice pursuant to FRCP 41(a)(1). Counsel for Plaintiff mistakenly filed this
4 action in the wrong jurisdiction of the federal court system, and with the Court's permission, this
5 action will be re-filed in the Eastern District Court of California. As of today, Defendants have not
6 served an answer to Plaintiffs' Complaint giving the Plaintiffs a chance to correct the error.
7
8    Plaintiff's counsel will bear their own attorney's fees and cost for the filing of this lawsuit.
9
10 DATED:  October 11, 2012                **THE LAW OFFICES OF JOHN L. BURRIS**
11
12
13                                                        /s/*DeWitt M. Lacy*
                                                          DeWitt M. Lacy
14                                                        Attorneys for Plaintiffs